

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 19, 2012

BY FAX
Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/12

RECEIVED
OCT 2012

Re: Jessica Weiss v. United States of America
12 Civ. 2944 (CM) (JCF)

MEMO ENDORSED

Dear Judge McMahon:

    This Office represents defendant in this case. I write respectfully to request an extension *nunc pro tunc* of the civil case management plan in this case.

    Pursuant to the Court's Civil Case Management Plan of June 1, 2012, defendant's expert report was due by October 15, 2012, discovery closes on Monday, October 22, 2012, and a joint pre-trial order shall be submitted on or before December 6, 2012. Plaintiff and defendant have conducted depositions, medical records have been requested and received, and defendant has consulted with a medical expert. However, due to a trial scheduled to begin on Monday, October 22, 2012, in one of my other cases, as well as scheduling conflicts, the medical expert examination has not yet taken place. Accordingly, I respectfully request a thirty-day extension of the remaining dates in the Civil Case Management Plan. For the Court's convenience, I have enclosed a proposed Revised Schedule. This is the Government's first request for an extension of the discovery cut-off date; two previous requests for an extension of internal dates in the Court's schedule were granted. Plaintiff's counsel has kindly consented to this request.

    I apologize to the Court for the belated nature of this request. Thank you for your consideration of this matter.

Respectfully,

PREET BHARARA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

10/22/12
OK

cc: Elliot H. Taub, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JESSICA WEISS,

          Plaintiff,

    - v. -

UNITED STATES OF AMERICA,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REVISED SCHEDULING ORDER**

12 Civ. 2944 (CM)(JCF)

IT IS HEREBY ORDERED that:

1. All discovery, including expert discovery must be completed on or before November 21, 2012; with Defendant's expert report by November 14, 2012; and

2. A joint pre-trial order in the form prescribed in Judge McMahon's individual rules, together with all other pre-trial submissions required by those rules (not including *in limine* motions), shall be submitted on or before January 4, 2013.

SO ORDERED:

_____
United States District Judge